IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ASYMMETRIC IP LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SITECORE USA, INC.,<br><br>*Defendant.* | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:23-CV-00111-JRG |

**ORDER**

Before the Court is Plaintiff Asymmetric IP LLC's ("Plaintiff") Notice of Dismissal Pursuant to Rule 41(a)(1)(A)(i). (Dkt. No. 7.) In the Notice, Plaintiff dismisses the above-captioned action against Defendant Sitecore USA, Inc. ("Defendant") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**May 5, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE